

**2005**

The Clara Barton Honor Award for

# Meritorious Volunteer Leadership

presented to

## Dr. Art Seigel

*Kathryn D Fabs*
National Chair of Volunteers



*Together, we can save a life*

MD/FL
03/02

Audrey Martin  
U.S. PROBATION OFFICER

(239) 649-2211  
PHONE

## COMMUNITY SERVICE PROGRAM
### Monthly Schedule of Hours Worked

The purpose of this form is to record and verify the hours of service you performed during the month. It is your responsibility to record the date, hours worked, and have your work site supervisor or coordinator sign to verify your report. This form is to be returned to your Probation Officer with your written monthly report, or as directed.

Arthur Seigel  
YOUR NAME

Sept '04  
MONTH/YEAR

RED CROSS  
AGENCY NAME AND ADDRESS

CAROL BENSYL  596 6868  
COORDINATOR NAME AND PHONE NUMBER

| DATE | TIME IN | TIME OUT | TOTAL HRS | OFFENDER INITIAL | AGENCY REP. INITIAL |
|---|---|---|---|---|---|
| 9/1/04 | 9:30 | 4:30 | 7 | aus | |
| 9/2/04 | 9:30 | 3 | 5.5 | aus | |
| 9/3/04 | 10:30 | 2 | 2.5 | aus | |
| 9/7/04 | 9:30 | 3 | 5.5 | aus | |
| 9/8/5 | 9 | 3 | 6 | aus | |
| **TOTAL HOURS THIS MONTH** | | | | | |

JOB DUTIES: COMMUNITY DISASTER EDUCATION COORDINATOR  
HEALTH + SAFETY INSTRUCTOR

Carol Bensyl  
COORDINATOR SIGNATURE

Oct 4, 2004  
DATE

TOTAL HOURS = 9

COMMENTS/EVALUATION:

MD/FL
03/02

Audrey Martin  
U.S. PROBATION OFFICER

(239) 649-2211  
PHONE

## COMMUNITY SERVICE PROGRAM
### Monthly Schedule of Hours Worked

The purpose of this form is to record and verify the hours of service you performed during the month. It is your responsibility to record the date, hours worked, and have your work site supervisor or coordinator sign to verify your report. This form is to be returned to your Probation Officer with your written monthly report, or as directed.

Arthur Seigel  
YOUR NAME

Sept '04  
MONTH/YEAR

_____  
AGENCY NAME AND ADDRESS

_____  
COORDINATOR NAME AND PHONE NUMBER

| DATE | TIME IN | TIME OUT | TOTAL HRS | OFFENDER INITIAL | AGENCY REP. INITIAL |
|---|---|---|---|---|---|
| 9/9/04 | 9:30 | 2:30 | 5 | ael | |
| 9/10 | 9 | 2 | 5 | ael | |
| 9/13 | 9 | 2 | 5 | ael | |
| 9/14 | 9 | 2 | 5 | ael | |
| 9/15 | 9 | 2 | 5 | ael | |
| TOTAL HOURS THIS MONTH | | | | | |

JOB DUTIES: _____

_____  
COORDINATOR SIGNATURE

_____  
DATE

COMMENTS/EVALUATION: _____

MD/FL
03/02

Audrey Martin  _____ (239) 649-2211
U.S. PROBATION OFFICER                               PHONE

## COMMUNITY SERVICE PROGRAM
### Monthly Schedule of Hours Worked

The purpose of this form is to record and verify the hours of service you performed during the month. It is your responsibility to record the date, hours worked, and have your work site supervisor or coordinator sign to verify your report. This form is to be returned to your Probation Officer with your written monthly report, or as directed.

Arthur Seigel
YOUR NAME                                       MONTH/YEAR

AGENCY NAME AND ADDRESS

COORDINATOR NAME AND PHONE NUMBER

| DATE | TIME IN | TIME OUT | TOTAL HRS | OFFENDER INITIAL | AGENCY REP INITIAL |
|------|---------|----------|-----------|------------------|--------------------|
| 9/17 | 9       | 2        | 5         | aus              |                    |
| 9/20 (MM) | 7  | 5        | ~~3.5~~ 10 | aus            |                    |
| 9/20 | 5:30    | 9        | 3.5       | aus              |                    |
| 9/21 | 10      | 1        | 3         | aus              |                    |
| 9/22 | 9:30    | 2        | 4.5       | aus              |                    |
| TOTAL HOURS THIS MONTH | | | | | |

JOB DUTIES: _____

COORDINATOR SIGNATURE                       DATE

COMMENTS/EVALUATION:

MD/FL
03/02

Audrey Martin
U.S. PROBATION OFFICER

(239) 649-2211
PHONE

## COMMUNITY SERVICE PROGRAM
### Monthly Schedule of Hours Worked

The purpose of this form is to record and verify the hours of service you performed during the month. It is your responsibility to record the date, hours worked, and have your work site supervisor or coordinator sign to verify your report. This form is to be returned to your Probation Officer with your written monthly report, or as directed.

Arthur Seigel
YOUR NAME                                                                 MONTH/YEAR

AGENCY NAME AND ADDRESS

COORDINATOR NAME AND PHONE NUMBER

| DATE | TIME IN | TIME OUT | TOTAL HRS | OFFENDER INITIAL | AGENCY REP INITIAL |
|---|---|---|---|---|---|
| 9/23 | 12 | 1:30 | 1.5 | aus | |
| 9/23 | 5:30 | 10:30 | 5.0 | aus | |
| 9/27 | 9:30 | 10:30 | 1 | aus | |
| 9/28 | 8:30 | 2:30 | 6 | aus | |
| TOTAL HOURS THIS MONTH | | | | | |

JOB DUTIES: _____

COORDINATOR SIGNATURE                              DATE

COMMENTS/EVALUATION: _____

CDE Hours Art Seigel 8-2004

# DISASTER MONTHLY HOURLY REPORT FOR AUGUST, 2004

Arthur Seigel
Community Disaster Education

| DATE | TIME IN | TIME OUT | # HOURS | COMMENTS |
|---|---|---|---|---|
| 8/2/2004 | 11:00 AM | 4:00 PM | 5 | CDE PREP |
| 8/3/2004 | 11:00 AM | 4:00 PM | 5 | CDE PREP write letter/blurb |
| 8/4/2004 | 8:45 AM | 1:45 PM | 5 | CDE PREP |
| 8/5/2004 | 10:45 AM | 2:45 PM | 4 | CDE Prep |
| 8/10/2004 | 10:15 AM | 3:15 PM | 5 | CDE Prep |
| 8/11/2004 | 11:30 AM | 4:30 PM | 5 | CDE Prep |
| 8/15/2004 | 10:00 AM | 3:15 PM | 5.25 | CDE Prep |
| 8/17/2004 | 11:00 AM | 3:45 PM | 4.75 | CDE Prep |
| TOTAL | | | 39 | |

There are additional hours which Art worked late in the afternoon and evening which I have not yet recorded due to the Hurricane Response. We have not had time to sit down to discuss that work. He had Telephone conferences and visited the Chamber of Commerce

Submitted by: *[signature]*
Patricia Brouillard
Emergency Services Coordinator
Date: August 24, 2004

# Volunteer Hours

Art Seigel
681 Kingstown Drive
Naples, FL 34102
239-263-8336

| DATE | COURSE | HOURS | TOTAL HOURS |
|---|---|---|---|
| 08/09/2004 | CPR/AED for Professional Rescuer<br>Driving time | 8<br>1 | 9 |
| 08/12/2004 | CPR/AED for Professional Rescuer<br>Driving time | 9<br>1 | 10 |
| 08/29/2004 | CPR/AED for Professional Rescue<br>Driving time | 8<br>1 | 9 |
| | | | |
| | | | |

*Diane Martinez 8/29/04*

MD/FL
03/02

Audrey Martin　　　　　　　　　　　　　　　　(239) 649-2211
U.S. PROBATION OFFICER　　　　　　　　　　　　PHONE

## COMMUNITY SERVICE PROGRAM
### Monthly Schedule of Hours Worked

The purpose of this form is to record and verify the hours of service you performed during the month. It is your responsibility to record the date, hours worked, and have your work site supervisor or coordinator sign to verify your report. This form is to be returned to your Probation Officer with your written monthly report, or as directed.

Arthur Seigel　　　　　　　　　　　　　　　　　08/04
YOUR NAME　　　　　　　　　　　　　　　　　　MONTH/YEAR

RED CROSS
AGENCY NAME AND ADDRESS

_____
COORDINATOR NAME AND PHONE NUMBER

| DATE | TIME IN | TIME OUT | TOTAL HRS | OFFENDER INITIAL | AGENCY REP INITIAL |
|---|---|---|---|---|---|
| 8/25/04 | 10:00 AM | 3:15 PM | 5.25 | aws | |
| 8/26/04 | 9:45 AM | 1:30 PM | 3.75 | aws | |
| 8/30/04 | 12:30 PM | 1:15 PM | .75 | aws | |
| | | | | | |
| | | | | | |
| TOTAL HOURS THIS MONTH | | | 9.75 | | |

JOB DUTIES: Coordinate/Develop Community Disaster Education, Teach Health + Safety Courses

_Pat Bullard_　　　　　　　　　　　　　　　9/1/04
COORDINATOR SIGNATURE　　　　　　　　　　DATE

COMMENTS/EVALUATION:

# HEALTH & SAFETY
## MONTHLY HOURLY REPORT
## FOR
## AUGUST 2004

**INSTRUCTOR:** Arthur Seigel
**MAILING ADDRESS:** 681 Kingstown Dr., Naples, FL 34102

| DATE | TYPE OF CLASS/PRESENTATION | HOURS |
|---|---|---|
| 08/11/2004 | Adult CPR Presentation | 2 |
| 08/30/2004 | Adult CPR/AED | 4 / 5 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL HOURS:** | | 6  7 |

8/24/04

(85)

**Submitted By:** _Rosemary Terstegge_
Rosemary Terstegge
Health, Safety & Community Services Coordinator

**PART D: VEHICLES/BOATS**   ( List all vehicles owned or driven by you )

1. Year/Make/Model: 2004 ACURA RSX  Color: GRAY  Tag Number: J35 PFU  Owner: ELLEN SEIGE

2. Year/Make/Model:          Color:          Tag Number:          Owner:

3. Year/Make/Model:          Color:          Tag Number:          Owner:

**PART E: MONTHLY FINANCIAL STATEMENT**

| MONTHLY INCOME | | NECESSARY MONTHLY EXPENSES | |
|---|---|---|---|
| Net Income from Employment: | ($250.) Cheque pending | Home Mortgage/Rent: | 0 |
| (Attach proof of earnings) | | Groceries: | 1,000 |
| | | Utilities: | 721 |
| Spouse's Income: | 0 | Medical/Insurance: | 3,000 |
| | | Telephone: | 295 |
| Other Income (source): | | Credit Cards: | 13,038 |
| | | Car Insurance: | 250 |
| I did not work in July due to relocation – will resume 8/1/04. | | Transportation/Gas: | 840 |
| | | Child Support: | — |
| | | Restitution/Fine/EM Payments: | 243.98 |
| | | Other: Explain  Lawyer | 3000 |
| TOTAL | | TOTAL MONTHLY EXPENSES: | 22,367.98 |

Do you have checking account(s)?  Yes (X) No ( )     If yes, give bank name(s), account number and balances:
AmSouth 0021062293  $36,250
CHEVY CHASE BANK 1093278579  $7,442.

Did you file bankruptcy during the month?   Yes ( ) No (X)   If yes, date, location and docket number:
_____

Does your spouse, significant other, or dependent have a checking/savings account that you enjoy the benefits of or make contributions toward?   Yes (X) No ( )   If yes, give bank name, location and balance:
AmSouth 002106165 3  $62,088
Chevy Chase 1093278633  $16,234

List all purchases or sales of individual goods or services $500 or more:

| Date | Amount | Method of Payment | Description of Item |
|---|---|---|---|
| 7/15, 7/17 | 1200. | Cheques | Work done on dock – reimbursed by E |
| 7/6 | 1520 | " | New overhead garage door |

**WARNING: ANY FALSE STATEMENTS MAY RESULT IN REVOCATION OF PROBATION, SUPERVISED RELEASE, OR PAROLE, IN ADDITION TO 5 YEARS IMPRISONMENT, A $250,000 FINE, OR BOTH.   (18 U.S.C. § 1001)**

I CERTIFY THAT ALL INFORMATION FURNISHED IS COMPLETE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

SIGNATURE: [signed] MD         DATE: 7/31/04

For official use only

REMARKS:                              RECEIVED:              RETURN TO:
                                      ___ Mail    ___ OV
                                      ___ HV      ___ CV

**PART D: VEHICLES/BOATS** (List all vehicles owned or driven by you.)

1. Year/Make/Model: 2004 ACURA RSX  Color: GRAY  Tag Number: J35 PFN  Owner: ELLEN SEIGE
2. Year/Make/Model: 2004 HURRICANE 18'8"  Color: BOAT  Tag Number:  Owner: ARTHUR SEIG
3. Year/Make/Model:  Color:  Tag Number:  Owner:

**PART E: MONTHLY FINANCIAL STATEMENT**

MONTHLY INCOME

Net Income from Employment: 1500,
(Attach proof of earnings)

Spouse's Income: 0

Other Income (source):

TOTAL MONTHLY INCOME: 1500,

NECESSARY MONTHLY EXPENSES

Home Mortgage/Rent: 0
Groceries: 1000
Utilities: 720
Medical/Insurance: 3000
Telephone: 245
Credit Cards: 4000
Car Insurance: 250
Transportation/Gas: 850
Child Support: —
Restitution/Fine/EM Payments: 243.98
Other: Explain lawyers  8500

TOTAL MONTHLY EXPENSES: 18,838.98

Do you have checking/saving(s) account(s)? Yes (✓) No ( )   If yes, give bank name(s), account number and balances:
AMSOUTH 002 1062293  $65,910,
CHEVY CHASE BANK 1093278599  $ 6,812,

Did you file bankruptcy during the month?  Yes ( ) No (✓)  If yes, date, location and docket number:

Does your spouse, significant other, or dependent have a checking/savings account that you enjoy the benefits of or make contributions toward?  Yes (✓) No ( )   If yes, give bank name, location and balance:
AMSOUTH 0021061653  $130,103.12
CHEVY CHASE 1093278633  $3,646.24

List all purchases or sales of individual goods or services $500 or more:

| Date | Amount | Method of Payment | Description of Item |
|---|---|---|---|
| 8/15 | 500, | CHEQUE | HOME REPAIRS |

**WARNING: ANY FALSE STATEMENTS MAY RESULT IN REVOCATION OF PROBATION, SUPERVISED RELEASE, OR PAROLE, IN ADDITION TO 5 YEARS IMPRISONMENT, A $250,000 FINE, OR BOTH.   (18 U.S.C. § 1001)**

I CERTIFY THAT ALL INFORMATION FURNISHED IS COMPLETE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

SIGNATURE  DATE 8/31/04

For official use only

REMARKS:   RECEIVED:   RETURN TO:
___ Mail  ___ OV
___ HV  ___ CV

MD/FL
03/02

Audrey Martin  
U.S. PROBATION OFFICER

(239) 649-2211  
PHONE

## COMMUNITY SERVICE PROGRAM
### Monthly Schedule of Hours Worked

The purpose of this form is to record and verify the hours of service you performed during the month. It is your responsibility to record the date, hours worked, and have your work site supervisor or coordinator sign to verify your report. This form is to be returned to your Probation Officer with your written monthly report, or as directed.

Arthur Seigel  
YOUR NAME

Sept '04  
MONTH/YEAR

RED CROSS  
AGENCY NAME AND ADDRESS

CAROL BENSYL    596 6868  
COORDINATOR NAME AND PHONE NUMBER

| DATE | TIME IN | TIME OUT | TOTAL HRS | OFFENDER INITIAL | AGENCY REP INITIAL |
|------|---------|----------|-----------|------------------|---------------------|
| 9/1/04 | 9:30 | 2:30 | 7 | aus | |
| 9/2/04 | 9:30 | 3 | 5.5 | aus | |
| 9/3/04 | 10:30 | 2 | 2.5 | aus | |
| 9/7/04 | 9:30 | 3 | 5.5 | aus | |
| 9/8/04 | 9 | 3 | 6 | aus | |

TOTAL HOURS THIS MONTH:

JOB DUTIES: COMMUNITY DISASTER EDUCATION COORDINATOR  
HEALTH + SAFETY INSTRUCTOR

Carol Bensyl  
COORDINATOR SIGNATURE

Oct 4 2004  
DATE

TOTAL HOURS = 9

COMMENTS/EVALUATION: