MD/FL
03/02

Audrey Martin                                                          (239) 649-2211
U.S. PROBATION OFFICER                                                 PHONE

## COMMUNITY SERVICE PROGRAM
### Monthly Schedule of Hours Worked

The purpose of this form is to record and verify the hours of service you performed during the month. It is your responsibility to record the date, hours worked, and have your work site supervisor or coordinator sign to verify your report. This form is to be returned to your Probation Officer with your written monthly report, or as directed.

Arthur Seigel                                                          Sept '04
YOUR NAME                                                              MONTH/YEAR

AGENCY NAME AND ADDRESS

COORDINATOR NAME AND PHONE NUMBER

| DATE | TIME IN | TIME OUT | TOTAL HRS | OFFENDER INITIAL | AGENCY REP INITIAL |
|---|---|---|---|---|---|
| 9/9/04 | 9:30 | 2:30 | 5 | AS | |
| 9/10 | 9 | 2 | 5 | AS | |
| 9/13 | 9 | 2 | 5 | AS | |
| 9/14 | 9 | 2 | 5 | AS | |
| 9/15 | 9 | 2 | 5 | AS | |
| TOTAL HOURS THIS MONTH | | | | | |

JOB DUTIES: _____

COORDINATOR SIGNATURE                           DATE

COMMENTS/EVALUATION: _____

MD/FL
03/02

Audrey Martin                                     (239) 649-2211
U.S. PROBATION OFFICER                            PHONE

## COMMUNITY SERVICE PROGRAM
### Monthly Schedule of Hours Worked

The purpose of this form is to record and verify the hours of service you performed during the month. It is your responsibility to record the date, hours worked, and have your work site supervisor or coordinator sign to verify your report. This form is to be returned to your Probation Officer with your written monthly report, or as directed.

Arthur Seigel
YOUR NAME                                         MONTH/YEAR

AGENCY NAME AND ADDRESS

COORDINATOR NAME AND PHONE NUMBER

| DATE | TIME IN | TIME OUT | TOTAL HRS | OFFENDER INITIAL | AGENCY REP INITIAL |
|------|---------|----------|-----------|------------------|--------------------|
| 9/17 | 9 | 2 | 5 | aws | |
| 9/20 | 7 | 5 | ~~3.5~~ 10 | aws | |
| 9/20 | 5:30 | 9 | 3.5 | aws | |
| 9/21 | 10 | 1 | 3 | aws | |
| 9/22 | 9:30 | 2 | 4.5 | aws | |
| TOTAL HOURS THIS MONTH | | | | | |

(/MM notation in margin next to 9/20 row)

JOB DUTIES: _____

COORDINATOR SIGNATURE                              DATE

COMMENTS/EVALUATION: _____

MD/FL
03/02

Audrey Martin
U.S. PROBATION OFFICER

(239) 649-2211
PHONE

## COMMUNITY SERVICE PROGRAM
### Monthly Schedule of Hours Worked

The purpose of this form is to record and verify the hours of service you performed during the month. It is your responsibility to record the date, hours worked, and have your work site supervisor or coordinator sign to verify your report. This form is to be returned to your Probation Officer with your written monthly report, or as directed.

Arthur Seigel
YOUR NAME

MONTH/YEAR

AGENCY NAME AND ADDRESS

COORDINATOR NAME AND PHONE NUMBER

| DATE | TIME IN | TIME OUT | TOTAL HRS | OFFENDER INITIAL | AGENCY REP INITIAL |
|---|---|---|---|---|---|
| 9/23 | 12 | 1:30 | 1.5 | aus | |
| 9/23 | 5:30 | 10:30 | 5.0 | aus | |
| 9/27 | 9:30 | 10:30 | 1 | aus | |
| 9/28 | 8:30 | 2:30 | 6 | aus | |
| | | | | | |
| TOTAL HOURS THIS MONTH | | | | | |

JOB DUTIES: _____

COORDINATOR SIGNATURE          DATE

COMMENTS/EVALUATION: _____

# HEALTH & SAFETY
# MONTHLY HOURLY REPORT
# FOR
# AUGUST 2004

**INSTRUCTOR:** Arthur Seigel
**MAILING ADDRESS:** 681 Kingstown Dr., Naples, FL 34102

| DATE | TYPE OF CLASS/PRESENTATION | HOURS |
|---|---|---|
| 08/11/2004 | Adult CPR Presentation | 2 |
| 08/30/2004 | Adult CPR/AED | 4 5 |
| | | |
| **TOTAL HOURS:** | | 6 7 |

8/24/04

(85)

Submitted By: _Rosemary Terstegge_
Rosemary Terstegge
Health, Safety & Community Services Coordinator

# Volunteer Hours

Art Seigel
681 Kingstown Drive
Naples, FL 34102
239-263-8336

| DATE | COURSE | HOURS | TOTAL HOURS |
|---|---|---|---|
| 08/09/2004 | CPR/AED for Professional Rescuer<br>Driving time | 8<br>1 | 9 |
| 08/12/2004 | CPR/AED for Professional Rescuer<br>Driving time | 9<br>1 | 10 |
| 08/29/2004 | CPR/AED for Professional Rescue<br>Driving time | 8<br>1 | 9 |
| | | | |
| | | | |

*Diane Martin 8/29/04* (signature)

MD/FL
03/02

Audrey Martin                                              (239) 649-2211
U.S. PROBATION OFFICER                                     PHONE

## COMMUNITY SERVICE PROGRAM
### Monthly Schedule of Hours Worked

The purpose of this form is to record and verify the hours of service you performed during the month. It is your responsibility to record the date, hours worked, and have your work site supervisor or coordinator sign to verify your report. This form is to be returned to your Probation Officer with your written monthly report, or as directed.

Arthur Seigel                                              08/04
YOUR NAME                                                  MONTH/YEAR

RED CROSS
AGENCY NAME AND ADDRESS

COORDINATOR NAME AND PHONE NUMBER

| DATE | TIME IN | TIME OUT | TOTAL HRS | OFFENDER INITIAL | AGENCY REP INITIAL |
|---|---|---|---|---|---|
| 8/25/04 | 10:00 AM | 3:15 PM | 5.25 | aus | |
| 8/26/04 | 9:45 AM | 1:30 PM | 3.75 | aus | |
| 8/30/04 | 12:30 PM | 1:15 PM | .75 | aus | |
| | | | | | |
| | | | | | |
| TOTAL HOURS THIS MONTH | | | 9.75 | | |

JOB DUTIES: Coordinate/Develop Community Disaster Education, Teach Health + Safety Courses

[signature]                                                9/1/04
COORDINATOR SIGNATURE                                      DATE

COMMENTS/EVALUATION:

# DISASTER MONTHLY HOURLY REPORT FOR AUGUST, 2004

Arthur Seigel
Community Disaster Education

| DATE | TIME IN | TIME OUT | # HOURS | COMMENTS |
|---|---|---|---|---|
| 8/2/2004 | 11:00 AM | 4:00 PM | 5 | CDE PREP |
| 8/3/2004 | 11:00 AM | 4:00 PM | 5 | CDE PREP write letter/blurb |
| 8/4/2004 | 8:45 AM | 1:45 PM | 5 | CDE PREP |
| 8/5/2004 | 10:45 AM | 2:45 PM | 4 | CDE Prep |
| 8/10/2004 | 10:15 AM | 3:15 PM | 5 | CDE Prep |
| 8/11/2004 | 11:30 AM | 4:30 PM | 5 | CDE Prep |
| 8/15/2004 | 10:00 AM | 3:15 PM | 5.25 | CDE Prep |
| 8/17/2004 | 11:00 AM | 3:45 PM | 4.75 | CDE Prep |
| TOTAL | | | 39 | |

There are additional hours which Art worked late in the afternoon and evening which I have not yet recorded due to the Hurricane Response. We have not had time to sit down to discuss that work. He had Telephone conferences and visited the Chamber of Commerce

Submitted by: *[signature]*
Patricia Brouillard
Emergency Services Coordinator
Date: August 24, 2004

**PART D: VEHICLES/BOATS**  (List all vehicles owned or driven by you.)

1. Year/Make/Model: 2004 ACURA RSX  Color: GRAY  Tag Number: J35 PFN  Owner: ELLEN SEIGE
2. Year/Make/Model: 2004 HURRICANE 18'8"  Color: BOAT  Tag Number:  Owner: ARTHUR SEIGE
3. Year/Make/Model:  Color:  Tag Number:  Owner:

**PART E: MONTHLY FINANCIAL STATEMENT**

MONTHLY INCOME

Net Income from Employment: 1500.
(Attach proof of earnings)

Spouse's Income: 0

Other Income (source): ___

TOTAL MONTHLY INCOME: 1500.

NECESSARY MONTHLY EXPENSES

Home Mortgage/Rent: 0
Groceries: 1000
Utilities: 720
Medical/Insurance: 3000
Telephone: 275
Credit Cards: 4000
Car Insurance: 250.
Transportation/Gas: 850
Child Support: —
Restitution/Fine/EM Payments: 243.98
Other: Explain lawyers  8500

TOTAL MONTHLY EXPENSES: 18,838.98

Do you have checking/saving(s) account(s)? Yes (✓) No ( )   If yes, give bank name(s), account number and balances:
AMSOUTH 002 1062293   $65,910.
CHEVY CHASE BANK 1093278599   $6,812.

Did you file bankruptcy during the month? Yes ( ) No (✓)   If yes, date, location and docket number:

Does your spouse, significant other, or dependent have a checking/savings account that you enjoy the benefits of or make contributions toward? Yes (✓) No ( )   If yes, give bank name, location and balance:
AMSOUTH 0021061653   $130,103.12
CHEVY CHASE 1093278633   $3,646.24

List all purchases or sales of individual goods or services $500 or more:

| Date | Amount | Method of Payment | Description of Item |
|---|---|---|---|
| 8/15 | 500. | CHEQUE | HOME REPAIRS |

**WARNING: ANY FALSE STATEMENTS MAY RESULT IN REVOCATION OF PROBATION, SUPERVISED RELEASE, OR PAROLE, IN ADDITION TO 5 YEARS IMPRISONMENT, A $250,000 FINE, OR BOTH.  (18 U.S.C. § 1001)**

I CERTIFY THAT ALL INFORMATION FURNISHED IS COMPLETE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

SIGNATURE: [signed]   DATE: 8/31/04

For official use only

REMARKS:   RECEIVED: ___ Mail ___ OV   RETURN TO:
           ___ HV ___ CV

**PART D: VEHICLES/BOATS**  ( List all vehicles owned or driven by you )

1. Year/Make/Model: 2004 ACURA RSX   Color: GRAY   Tag Number: 735 AFU   Owner: ELLEN SEIGEL

2. Year/Make/Model:                  Color:        Tag Number:          Owner:

3. Year/Make/Model:                  Color:        Tag Number:          Owner:

**PART E: MONTHLY FINANCIAL STATEMENT**

| MONTHLY INCOME | | NECESSARY MONTHLY EXPENSES | |
|---|---|---|---|
| Net Income from Employment: (cheque pending) ($250.) | | Home Mortgage/Rent: | 0 |
| (Attach proof of earnings) | | Groceries: | 1,000 |
| | | Utilities: | 721 |
| Spouse's Income: | 0 | Medical/Insurance: | 3,000 |
| | | Telephone: | 295 |
| Other Income (source): | | Credit Cards: | 13,038 |
| | | Car Insurance: | 250 |
| I did not work in July due to relocation - will resume 8/1/04. Ellen Seigel | | Transportation/Gas: | 840 |
| | | Child Support: | |
| | | Restitution/Fine/EM Payments: | 243.98 |
| | | Other: Explain Lawyer | 3000 |
| TOTAL | | TOTAL MONTHLY EXPENSES: | 22,367.98 |

Do you have checking account(s)? Yes (X) No ( )    If yes, give bank name(s), account number and balances:
AmSouth 0021062293  $36,250
Chevy Chase Bank 1093278579  $7,442.

Did you file bankruptcy during the month?   Yes ( ) No (X)   If yes, date, location and docket number:

Does your spouse, significant other, or dependent have a checking/savings account that you enjoy the benefits of or make contributions toward?   Yes (X) No ( )   If yes, give bank name, location and balance:
AmSouth  0021061653  $62,088
Chevy Chase 1093278633  $16,234

List all purchases or sales of individual goods or services $500 or more:

| Date | Amount | Method of Payment | Description of Item |
|---|---|---|---|
| 7/15, 7/17 | 1200. | Cheques | Work done on dock - reimbursed by E |
| 7/6 | 1520 | " | New overhead garage door |

**WARNING:** ANY FALSE STATEMENTS MAY RESULT IN REVOCATION OF PROBATION, SUPERVISED RELEASE, OR PAROLE, IN ADDITION TO 5 YEARS IMPRISONMENT, A $250,000 FINE, OR BOTH.   (18 U.S.C. § 1001)

I CERTIFY THAT ALL INFORMATION FURNISHED IS COMPLETE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

SIGNATURE: Ellen Seigel MD     DATE: 7/31/04

For official use only

REMARKS:                           RECEIVED:          RETURN TO:
                                   ___ Mail    ___ OV
                                   ___ HV      ___ CV

## CERTIFICATION

I hereby certify that a copy of this Motion for Termination of Supervised Release has been mailed this /0th    day of August, 2005 to:

Christopher W. Schmeisser, Esq.
Assistant United States Attorney
157 Church Street, 23rd floor
New Haven, CT 06510


Ms. Sandra Hunt
United States Probation Office
157 Church Street
New Haven, CT 06510

_____
Ira B. Grudberg