UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA   : | |
| : | CRIMINAL NO. 3:01CR274 (AHN) |
| v.                                          : | |
| : | August 24, 2005 |
| ARTHUR SEIGEL                  : | |

THE GOVERNMENT'S OPPOSITION TO THE DEFENDANT'S
MOTION TO TERMINATE SUPERVISED RELEASE

The defendant has moved to terminate his period of supervised release, although he still has approximately one year of community service to fulfill on the sentence imposed. The government opposes the request for several reasons:

1. The defendant's misconduct was serious, involving years and years of improperly performing EMG procedures and false billing for services not rendered. Further, there was evidence presented at sentencing that the defendant had continued to engage in his illegal conduct after the FBI's investigation went overt. Given the nature and extent of the criminal conduct, there is no good reason to modify the sentence imposed.

2. At sentencing, the defendant, through counsel, requested the Court impose a shorter period of incarceration than the Court might otherwise impose and suggested, to address any need for punishment, that a significant period of community service be imposed. The Court, in fashioning the sentence, accommodated the defendant's request. The defendant now has no reason to complain.

3. The defendant in his submission suggests that he cannot argue poverty, but then spends some time noting the financial costs to him of undertaking community service and of the continuing civil litigation relating to his misconduct. The defendant, of course, fails to note that

the insurance companies would likely argue that Seigel is funding his present civil defense with insurance company monies he previously obtained illegally. Putting this contention aside, it is the government's understanding from the Probation Office that the defendant remains a wealthy man, living in a $2.4 million lakefront residence in Florida. The continued limited community service cannot credibly materially alter his financial circumstances.

4. Finally, it is the government's understanding that the U.S. Probation Office in Connecticut, which evaluated the defendant and assisted the Court in fashioning the defendant's sentence, opposes the defendant's request for early termination of supervised release.

## CONCLUSION

For the foregoing reasons, the government respectfully requests that the defendant's motion be denied.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


/s/
CHRISTOPHER W. SCHMEISSER
ASSISTANT U.S. ATTORNEY
Federal Bar No. CT14806
157 Church Street, 23rd Floor
New Haven, CT  06510
Tel.: (203) 821-3754
Fax: (203) 773-5378
christopher.schmeisser@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing was sent by facsimile and U.S. mail, postage prepaid, this the 24th day of August, 2002 to:

Ira B. Grudberg, Esq.
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orange St., P.O. Box 606
New Haven, CT 06503

Sandra L. Hunt
U.S. Probation Office
Connecticut Financial Center
157 Church St., 22nd Floor
New Haven, CT 06510

/s/_____
Christopher W. Schmeisser